■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LANG, Appellant.— On the court's own motion, the decision handed down December 14, 1959, is amended by striking out the designation of Bernard M. Bloom, Esq., as counsel to prosecute the appeal, and by designating Ira Rubin, Esq.,

160 Broadway, New York, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.